UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ,<br>   Plaintiff,<br>  v.<br>DELEMOS PROPERTIES LLC, et al.,<br>   Defendants. | Case No. 17-cv-02869-SVK<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT**<br><br>**ORDER VACATING APRIL 9, 2019 STATUS CONFERENCE**<br><br>Re: Dkt. No. 43 |

The Parties report that this case has settled. ECF 43. All previously-scheduled deadlines and appearances are vacated, including the status conference previously set for April 9, 2019 (ECF 39).

By **June 4, 2019**, the Parties shall file a stipulation of dismissal. If a dismissal is not filed by the specified date, then the Parties shall appear on **June 11, 2019 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed. Additionally, the Parties shall file a statement in response to this Order no later than **June 4, 2019**, advising as to (1) the status of the Parties' efforts to finalize settlement, and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.

If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the Parties need not file a statement in response to this Order.

**SO ORDERED.**

Dated: April 8, 2019

SUSAN VAN KEULEN
United States Magistrate Judge